**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | § § § § § § § § § § § § § <br> Case No. 6:20-cv-00804-ADA <br><br> Jury Trial Demanded |

**JOINT AGREED MOTION FOR PROTECTIVE ORDER**

Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant Google LLC jointly move for entry of the Protective Order attached hereto as Exhibit A.

Dated: June 1, 2021                                      Respectfully submitted,

/s/ *Robert F. Kramer*                                 /s/ *Ameet A. Modi*
Robert F. Kramer                                             Ameet A. Modi
FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP
Robert F. Kramer (*pro hac vice*)              Ameet A. Modi (*pro hac vice*)
rkramer@feinday.com                         Emily H. Chen (*pro hac vice*)
M. Elizabeth Day (*pro hac vice*)              101 California Street
eday@feinday.com                            San Francisco, California 94111
David Alberti (*pro hac vice*)                  T: (415) 573-1900 F: (415) 573-1901
dalberti@feinday.com                        amodi@desmaraisllp.com
Sal Lim (*pro hac vice*)                         echen@desmaraisllp.com
slim@feinday.com
Russell S. Tonkovich (pro hac vice)         Karim Z. Oussayef (pro hac vice)
rtonkovich@feinday.com                    230 Park Avenue
Marc Belloli (pro hac vice)                  New York, New York 10169
mbelloli@feinday.com                        T: (212) 351-3400 F: (212) 351-3401
577 Airport Blvd., Suite 250               koussayef@desmaraisllp.com
Burlingame, California 94010
Tel: 650-825-4300 Fax: 650-460-8443     Mark Mann State Bar No. 12926150
                                                                mark@themannfirm.com
Robert Christopher Bunt                  G. Blake Thompson State Bar No. 24042033
State Bar No. 00787165                      blake@themannfirm.com
Charles Ainsworth                           MANN | TINDEL | THOMPSON
State Bar No. 00783521                      300 West Main St.
PARKER, BUNT & AINSWORTH, P.C.    Henderson, Texas 75652
100 E. Ferguson, Suite 418                 T: (903) 657-8540 F: (903) 657-6003
Tyler, TX 75702
(903) 531-3535 (telephone)               Attorneys for Defendant
rcbunt@pbatyler.com                          Google LLC
charley@pbatyler.com

Attorneys for Plaintiff
Express Mobile, Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 1, 2021.

/s/ *Robert F. Kramer*
Robert F. Kramer
