| | |
|---|---|
| Robert F. Kramer (SBN 181706) | Ameet A. Modi |
| rkramer@kramerday.com | Peter C. Magic |
| M. Elizabeth Day (SBN 177125) | **DESMARAIS LLP** |
| eday@kramerday.com | 101 California Street |
| David Alberti (SBN 220625) | San Francisco, CA 94111 |
| dalberti@kramerday.com | 415-573-1900 |
| Sal Lim (SBN 211836) | amodi@desmaraisllp.com |
| slim@kramerday.com | pmagic@desmaraisllp.com |
| Russell Tonkovich (SBN 233280) | |
| rtonkovich@kramerday.com | John M. Desmarais |
| Marc Belloli (SBN 244290) | Jennifer M. Przybylski |
| mbelloli@kramerday.com | **DESMARAIS LLP** |
| Sven Raz (SBN 222262) | 230 Park Avenue |
| sraz@kramerday.com | New York, NY 10169 |
| Ryan Dooley (SBN 321645) | 212-351-3400 |
| rdooley@kramerday.com | jdesmarais@desmaraisllp.com |
| **KRAMER DAY ALBERTI** | jprzybylski@desmaraisllp.com |
| **LIM TONKOVICH & BELLOLI LLP** | |
| 577 Airport Boulevard, Suite 250 | *Attorneys for Defendant* |
| Burlingame, California 94010 | Google LLC |
| Telephone: (650) 825-4300 | |
| Facsimile:  (650) 460-8443 | |

*Attorneys for Plaintiff*
Express Mobile, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., | Case No. 3:21-cv-08944-RS |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | |

|   |   |
|---|---|
| 1 | Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant Google LLC ("Google") (collectively the "parties") file this Joint Stipulation and respectfully request that the Court modify the case schedule to postpone the scheduled April 7, 2022 Case Management Conference until two weeks after the Court's decision (or at the Court's convenience thereafter) regarding a motion to stay this case that Google will be filing based on IPRs having been instituted on all of the asserted patents. The parties likewise request that the Court postpone any corresponding deadlines, including the due date for the Case Management Statement. |

Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant Google LLC ("Google") (collectively the "parties") file this Joint Stipulation and respectfully request that the Court modify the case schedule to postpone the scheduled April 7, 2022 Case Management Conference until two weeks after the Court's decision (or at the Court's convenience thereafter) regarding a motion to stay this case that Google will be filing based on IPRs having been instituted on all of the asserted patents. The parties likewise request that the Court postpone any corresponding deadlines, including the due date for the Case Management Statement.

A Case Management Conference is currently scheduled for April 7, 2022, with a Case Management Statement due on March 31, 2022. The Court indicated to the parties that any request to stay this case should be made in the form of a formal motion to stay. Google plans to file a motion to stay, and the parties are discussing whether such motion will be opposed or unopposed. The parties believe that it would be most efficient if the Court postpones the April 7, 2022 Case Management Conference in the meantime.

In addition, on March 29, 2022, the Court entered an Order Re Potential Stay Motions in ten related Express Mobile cases. (*See* ECF No. 155 in Case No. 3:19-cv-06559-RS.) As explained above, Google intends to file a motion to stay. To the extent the motion is opposed, the parties agree that the briefing procedure set forth in the Court's March 29, 2022 Order should apply to this case as well.

A Case Management Conference is also scheduled on April 7, 2022 in the following cases:

- *Express Mobile, Inc. v. Meta Platforms, Inc.*, Case No. 3:21-cv-06657-RS
- *Express Mobile, Inc. v. Atlassian plc et al.*, Case No. 3:21-cv-08942-RS

Express Mobile has filed a non-opposition to a stay motion filed by Meta (see ECF No. 101 in Case No. 3:21-cv-06657), and the parties to the *Atlassian* case will be filing a stipulation substantially similar to this one concerning the postponement of the Case Management Conference in that case.

Due to the foregoing, and to avoid unnecessary expenditure of the Court's time and judicial resources, the parties agree that good cause exists to postpone the upcoming Case Management Conference until two weeks after the resolution of the upcoming motion to stay (or at the Court's

convenience thereafter), and to postpone any corresponding deadlines accordingly. Thus, the parties request that the Court (1) confirm that its March 29, 2022 Order in the related Express Mobile cases applies to this case for any motion to stay that is opposed; and (2) postpone the Case Management Conference and all related deadlines to correspond with the rescheduled Conference.

Dated: March 30, 2022                                  Respectfully submitted,

/s/ Robert F. Kramer                                    /s/ Ameet A. Modi

Robert F. Kramer (SBN 181706)           Ameet A. Modi
rkramer@kramerday.com                       Peter C. Magic
M. Elizabeth Day (SBN 177125)           **DESMARAIS LLP**
eday@kramerday.com                             101 California Street
David Alberti (SBN 220625)                   San Francisco, CA 94111
dalberti@kramerday.com                       415-573-1900
Sal Lim (SBN 211836)                             amodi@desmaraisllp.com
slim@kramerday.com                             pmagic@desmaraisllp.com
Russell Tonkovich (SBN 233280)
rtonkovich@kramerday.com                 John M. Desmarais
Marc Belloli (SBN 244290)                    Jennifer M. Przybylski
mbelloli@kramerday.com                     **DESMARAIS LLP**
Sven Raz (SBN 222262)                        230 Park Avenue
sraz@kramerday.com                            New York, NY 10169
Ryan Dooley (SBN 321645)                 212-351-3400
rdooley@kramerday.com                     jdesmarais@desmaraisllp.com
**KRAMER DAY ALBERTI**              jprzybylski@desmaraisllp.com
**LIM TONKOVICH & BELLOLI LLP**
577 Airport Boulevard, Suite 250         *Attorneys for Defendant*
Burlingame, California 94010             Google LLC
Telephone: (650) 825-4300
Facsimile:  (650) 460-8443

*Attorneys for Plaintiff*
Express Mobile, Inc.

### **ATTESTATION**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

/s/ Robert F. Kramer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> GOOGLE LLC, <br><br> *Defendant.* | Case No. 3:21-cv-08944-RS |

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED AS FOLLOWS:**

(1) The Court's Order Re Potential Stay Motions (ECF No. 155 in Case No. 3:19-cv-06559-RS) shall apply to the parties in this case for any opposed motion to stay; and

(2) GOOD CAUSE APPEARING, the Case Management Conference, currently scheduled for April 7, 2022 at 10:00 a.m., is postponed, and may be reset after resolution of Defendant's upcoming motion to stay this case.

Dated: _____          _____
                                          HONORABLE RICHARD SEEBORG
                                          UNITED STATES DISTRICT JUDGE