UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., *Plaintiff,* v. GOOGLE LLC, *Defendant.* | Case No. 3:21-cv-08944-RS |

### ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED AS FOLLOWS:**

(1) The Court's Order Re Potential Stay Motions (ECF No. 155 in Case No. 3:19-cv-06559-RS) shall apply to the parties in this case for any opposed motion to stay; and

(2) GOOD CAUSE APPEARING, the Case Management Conference, currently scheduled for April 7, 2022 at 10:00 a.m., is postponed, and may be reset after resolution of Defendant's upcoming motion to stay this case.

Dated: March 30, 2022

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE